1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

**JASON SMITH,**                                    Case No. 5:21-cv-03426-BLF

12
                                        Plaintiff,  **ORDER GRANTING DEFENDANTS'**
13                                                  **ADMINISTRATIVE MOTION TO**
                                                    **CHANGE TIME TO FILE A**
14          v.                                      **DISPOSITIVE MOTION**

15   **ZAVALA, et al.,**

16                                      Defendants.

17

18          Defendants filed a request to extend by 90 days the time to file a dispositive motion,

19   originally due by January 6, 2022.  The Court has read and considered Defendants' request and

20   the accompanying declaration of counsel, and finds good cause exists to grant the request.

21   Accordingly, Defendants' request to change time is **GRANTED**, and the time for Defendants to

22   file a dispositive motion is extended by 90 days until **April 6, 2022**.  Plaintiff must file and serve

23   his opposition to the motion no later than **May 4, 2022**.  Defendants must file and serve their

24   reply, if any, no later than **May 18, 2022**.

25

     Dated:  _____January 14, 2022_____
26                                                  The Honorable Beth Labson Freeman

27

28

                                                    1