IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON SMITH,**<br><br>                                            Plaintiff,<br><br>                    **v.**<br><br>**ZAVALA, et al.,**<br><br>                                            Defendants. | Case No. 5:21-cv-03426-BLF<br><br>**ORDER** |

Defendants filed a request to extend by 45 days the time to file a dispositive motion, originally due by April 6, 2022.   The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request to change time is **GRANTED**, and the time for Defendants to file a dispositive motion is extended by 45 days until **May 23, 2022**.  Plaintiff must file and serve his opposition to the motion no later than **June 20, 2022**.  Defendants must file and serve their reply, if any, no later than **July 5, 2022**.

Dated:  __April 5, 2022_____

_Beth Labson Freeman_
The Honorable Beth Labson Freeman

1