UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SMITH,<br>　　　　　Plaintiff,<br>　　v.<br>M. ZAVALA, et al.,<br>　　　　　Defendants. | Case No. 21-cv-03426 BLF (PR)<br><br>**ORDER DENYING MOTION TO COMPEL AS MOOT; GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>(Docket Nos. 13, 16, 17) |

　　　　Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at the Correctional Training Facility in Soledad ("CTF"). Dkt. No. 1. The Court found the complaint stated cognizable claims and ordered service on Defendants. Dkt. No. 6. Plaintiff filed a motion to compel, Dkt. No. 13, to which Defendants filed a response, Dkt. No. 14. On May 23, 2022, Defendants file a summary judgment motion. Dkt. No. 15. Plaintiff filed a motion for an extension of time to file opposition, Dkt. No. 16, to which Defendants have stated their non-opposition, Dkt. No. 18.

　　　　Plaintiff filed his motion to compel on April 21, 2022. Dkt. No. 13. He states that he sent his discovery requests to Defendants on March 15, 2022. *Id.* at 2. According to Defendants' counsel, she served their response to Plaintiff on April 18, 2022. Dkt. No. 14-

1 at 2.  Apparently, Plaintiff filed his motion to compel while Defendants' response was en route.  Defendants also assert that Plaintiff was ultimately provided with the information that he requested.  Dkt. No. 14 at 3.  Subsequently, Plaintiff filed a request for an extension of time to file opposition to Defendants' summary judgment; he makes no dispute therein with regards to Defendants' response to his motion to compel.  Dkt. No. 16.  Accordingly, it appears that Plaintiff's motion to compel is moot.  The motion is DENIED.  Dkt. No. 13.

Plaintiff also filed an "ex parte application for the certificate of service filed with Defendants' motion for summary judgment," asserting that he never received a copy of their motion.  Dkt. No. 17.  He also filed a motion for an extension of time to file an opposition to Defendants' summary judgment motion.  Dkt. No. 16.  In response, Defendants state that they discovered that due to a secretarial error, Plaintiff was never served with their summary judgment motion.  Dkt. No. 18 at 1-2.  Defendants state that they served a copy on June 16, 2022, as soon as they discovered the error.  Dkt. No. 18-1 at 2.  In light of their error, Defendants do not oppose Plaintiff's motion for an extension of time.  Dkt. No. 18 at 2.  Good cause appearing, Plaintiff's motion for an extension of time is GRANTED.  Dkt. No. 16.  Plaintiff's previous motion is DENIED as moot.  Dkt. No. 17.

Plaintiff's opposition to Defendants' summary judgment motion shall be filed **no later than twenty-eight (28) days** from the date this order is filed.  Defendants' reply shall be filed **no later than fourteen (14) days** from the date Plaintiff's opposition is filed.

This order terminates Docket Nos. 13, 16 and 17.

**IT IS SO ORDERED.**

Dated:  __June 30, 2022_____

BETH LABSON FREEMAN
United States District Judge

Order Denying Mot. to Compel; Granting EOT to file Opp.
PRO-SE\BLF\CR.21\03426Smith_eot-opp&deny-compel