UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON SMITH,

        Plaintiff,

   v.

M. ZAVALA, et al.,

        Defendants.

Case No. 21-cv-03426 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state inmate, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison staff at the Correctional Training Facility in Soledad ("CTF"). Dkt. No. 1. The Court found the complaint stated cognizable claims and ordered service on Defendants. Dkt. No. 6. This matter was referred to case settlement proceedings. Dkt. No. 28. On August 8, 2023, the parties filed stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 33.

Pursuant to the joint stipulation, this action shall be dismissed with prejudice as to all Defendants. Each party is to bear its own costs and attorney's fees.

The Clerk shall terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: __August 15, 2023_____

                                                 BETH LABSON FREEMAN
                                                United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.21\03426Smith_dism(stip)