United States District Court
Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10
11

JASON SMITH,

Case No. 22-cv-02779 BLF (PR)

12

Plaintiff,

**JUDGMENT**

13

v.

14

JESUS LOPEZ, et al.,

15

Defendants.

16
17
18

    This action is dismissed with prejudice as to all Defendants pursuant to the parties'

19

stipulation for voluntary dismissal with prejudice.  *See* Dkt. No. 18.

20

    The Clerk shall close the file.

21

    **IT IS SO ORDERED.**

22

**Dated:  __August 15, 2023_____**

_____

23

BETH LABSON FREEMAN
United States District Judge

24
25
26

Judgment
PRO-SE\BLF\CR.22\02779Smith-judgment

27
28